USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
 
 United States Court of Appeals
 For the First Circuit
 
 

No. 97-1809

 UNITED STATES,

 Appellee,

 v.

 ANTHONY KING,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Francis J. Boyle, U.S. District Judge]

 Before

 Torruella, Chief Judge,
 Coffin, Senior Circuit Judge,
 and Stahl, Circuit Judge.
 
 

 Robert B. Mann and Mann & Mitchell on brief for appellant.
 Sheldon Whitehouse, United States Attorney, Margaret E.
Curran, Assistant United States Attorney, and Ira Belkin, Assistant
United States Attorney, on brief for appellee.

May 26, 1998

 
 
 Per Curiam. Upon careful review of the briefs and
 record, we find no reason to overturn the sentence imposed by
 the district court. 
 1. Pointing to the district court's remark that it
 had no "doubt that the Defendant now accepts responsibility,"
 defendant argues that the court found a sincere acceptance of
 responsibility and that nothing more is needed under comment
 n.4 to U.S.S.G. 3E1.1 to warrant a reduction. However, the
 court effectively qualified the quoted remark by noting that
 defendant had agreed to plead guilty only after his attempt to
 obstruct justice failed. In short, we believe that the
 district court reasonably noted the delayed onset of
 defendant's sincerity and acted within its discretion in
 denying a reduction. 
 2. The adjustment for defendant's role in the
 offense was amply supported by the uncontested description of
 his activities in initiating and executing the scheme and in
 recruiting its participants. 
 3. We perceive no abuse of discretion in the
 district court's decision that the federal sentence should be
 only partially concurrent with the prior state sentence.
 Affirmed. See 1st Cir. Loc. R. 27.1.